# Ex. A: PLAINTIFF'S CERTIFICATES OF REGISTRATION

A-1

**Registration Number**
## VA 2-418-589
**Effective Date of Registration:**
July 10, 2024
**Registration Decision Date:**
October 21, 2024

**Copyright Registration for a Group of Published Photographs**
Registration issued pursuant to 37 C.F.R. § 202.4(i)
   **For Photographs Published:**   July 10, 2024 to July 10, 2024

**Title**

**Title of Group:**   HH_01,
HH_02,
HH_03,
HH_04,
HH_05,
HH_06,
HH_07,
HH_08,
HH_09,
HH_10,
HH_11,
HH_12,
HH_13,
HH_14,
HH_15,
HH_16,
HH_17,
HH_18,
HH_19,
HH_20,
HH_21,
HH_22,
HH_23,
HH_24,
HH_25,
HH_26,
HH_27,
HH_28,
HH_29,
HH_30,
HH_31,
HH_32,
HH_33,
HH_34,
HH_35,
HH_36,

## Ex. A: PLAINTIFF'S CERTIFICATES OF REGISTRATION

A-2

|  |  |
|---|---|
|  | HH_37, HH_38, HH_39, HH_40, HH_41, HH_42, HH_43, HH_44, HH_45, HH_46, HH_47, HH_48, HH_49, HH_50, HH_51, HH_52, HH_53, HH_54, HH_55, HH_56, HH_57, HH_58, HH_59, HH_60, HH_61, HH_62, HH_63 |
| **Number of Photographs in Group:** | 63 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Earliest Publication Date in Group:** | July 10, 2024 |
| **Latest Publication Date in Group:** | July 10, 2024 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Matthew Larosiere |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Matthew Larosiere |
| | 6964 Houlton Circle, Lake Worth, FL, 33467, United States |

### Rights and Permissions

Page 2 of 3

A-2

## Ex. A: PLAINTIFF'S CERTIFICATES OF REGISTRATION

| | |
|---:|:---|
| **Name:** | Matthew Larosiere |
| **Email:** | larosieremm@gmail.com |
| **Telephone:** | (561)452-7575 |
| **Address:** | 6964 Houlton Circle |
| | Lake Worth, FL 33467 United States |

**Certification**

| | |
|---:|:---|
| **Name:** | Matthew Larosiere |
| **Date**: | July 10, 2024 |

| | |
|---:|:---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

Ex. A: PLAINTIFF'S CERTIFICATES OF REGISTRATION

**Registration Number**
**TX 9-509-692**
**Effective Date of Registration:**
May 03, 2025
**Registration Decision Date:**
June 13, 2025

## Title

**Title of Work:** Readme

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** April 04, 2025
**Nation of 1st Publication:** United States

## Author

- **Author:** YZY Prints
  **Author Created:** text
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575
**Address:** 6964 Houlton Circle
Lake Worth, FL 33467

## Certification

Page 1 of 2

Ex. A: PLAINTIFF'S CERTIFICATES OF REGISTRATION

A-5

**Name:** Matthew Larosiere
**Date**: May 03, 2025

---

**Correspondence:** Yes

Ex. A: PLAINTIFF'S CERTIFICATES OF REGISTRATION

**Registration Number**
**TX 9-412-695**
**Effective Date of Registration:**
July 10, 2024
**Registration Decision Date:**
July 26, 2024

## Title

**Title of Work:** HitchHiker Documentation

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** July 10, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Matthew Larosiere
  **Author Created:** text, artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s)

**New material included in claim:** text, artwork

## Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575
**Address:** 6964 Houlton Circle
Lake Worth, FL 33467 United States

Page 1 of 2

Ex. A: PLAINTIFF'S CERTIFICATES OF REGISTRATION

**Certification**

| | |
|---|---|
| **Name:** | Matthew Larosiere |
| **Date**: | July 10, 2024 |

Ex. A: PLAINTIFF'S CERTIFICATES OF REGISTRATION

**Registration Number**
**TX 9-509-700**
**Effective Date of Registration:**
May 03, 2025
**Registration Decision Date:**
June 13, 2025

## Title

**Title of Work:** Regular 1022 Documentation

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** April 04, 2025
**Nation of 1st Publication:** United States

## Author

- **Author:** YZY Prints
  **Author Created:** text
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), artwork

**New material included in claim:** text

## Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575
**Address:** 6964 Houlton Circle
Lake Worth, FL 33467

Page 1 of 2

Ex. A: PLAINTIFF'S CERTIFICATES OF REGISTRATION

A-9

**Certification**

        **Name:** Matthew Larosiere
        **Date**: May 03, 2025

    **Correspondence:** Yes

Ex. A: PLAINTIFF'S CERTIFICATES OF REGISTRATION

**Registration Number**
**VA 2-449-520**
**Effective Date of Registration:**
May 03, 2025
**Registration Decision Date:**
June 18, 2025

**Copyright Registration for a Group of Published Photographs**
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** August 07, 2024 to November 29, 2024

### Title

**Title of Group:** YP_Images_2024
**Number of Photographs in Group:** 5

### Completion/Publication

**Year of Completion:** 2024
**Earliest Publication Date in Group:** August 07, 2024
**Latest Publication Date in Group:** November 29, 2024
**Nation of First Publication:** United States

### Author

- **Author:** YZY Prints
  **Author Created:** photographs
  **Citizen of:** United States
  **Pseudonymous:** Yes

### Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467
**Transfer statement:** By written agreement

### Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575

Page 1 of 2

A-10

Ex. A: PLAINTIFF'S CERTIFICATES OF REGISTRATION

**Address:** 6964 Houlton Circle
Lake Worth, FL 33467

### Certification

**Name:** Matthew Larosiere
**Date:** May 03, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Ex. A: PLAINTIFF'S CERTIFICATES OF REGISTRATION

**Registration Number**

**VA 2-449-526**

**Effective Date of Registration:**
May 03, 2025
**Registration Decision Date:**
June 18, 2025

**Copyright Registration for a Group of Published Photographs**
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** April 19, 2020 to August 21, 2020

**Title**

**Title of Group:** IT_Images_2020
**Number of Photographs in Group:** 18

**Completion/Publication**

**Year of Completion:** 2020
**Earliest Publication Date in Group:** April 19, 2020
**Latest Publication Date in Group:** August 21, 2020
**Nation of First Publication:** United States

**Author**

- **Author:** Ivan T Troll
  **Author Created:** photographs
  **Citizen of:** United States
  **Pseudonymous:** Yes

**Copyright Claimant**

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467
**Transfer statement:** By written agreement

**Rights and Permissions**

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575

Page 1 of 2

Ex. A: PLAINTIFF'S CERTIFICATES OF REGISTRATION

**Address:** 6964 Houlton Circle
Lake Worth, FL 33467

## Certification

**Name:** Matthew Larosiere
**Date:** May 03, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Page 2 of 2

Ex. A: PLAINTIFF'S CERTIFICATES OF REGISTRATION

**Registration Number**

**VA 2-449-545**

**Effective Date of Registration:**
May 03, 2025
**Registration Decision Date:**
June 18, 2025

**Copyright Registration for a Group of Published Photographs**
Registration issued pursuant to 37 C.F.R. § 202.4(i)
　　　　**For Photographs Published:** February 12, 2025 to February 12, 2025

### Title

　　　　　　**Title of Group:** GB_Images_2025
**Number of Photographs in Group:** 13

### Completion/Publication

　　　　　　　**Year of Completion:** 2025
**Earliest Publication Date in Group:** February 12, 2025
**Latest Publication Date in Group:** February 12, 2025
　　**Nation of First Publication:** United States

### Author

- 　　　　　　　　**Author:** GayBruce
　　　**Author Created:** photographs
　　　　　　**Citizen of:** United States
　　**Pseudonymous:** Yes

### Copyright Claimant

　　**Copyright Claimant:** Matthew Larosiere
　　　　　　　　　　　　6964 Houlton Circle, Lake Worth, FL, 33467
　　**Transfer statement:** By written agreement

### Rights and Permissions

　　　　　　　**Name:** Matthew Larosiere
　　　　　　　**Email:** larosieremm@gmail.com
　　　**Telephone:** (561)452-7575

Page 1 of 2

A-14

## Ex. A: PLAINTIFF'S CERTIFICATES OF REGISTRATION

**Address:** 6964 Houlton Circle
Lake Worth, FL 33467

**Certification**

**Name:** Matthew Larosiere
**Date:** May 03, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.