**EXHIBIT B**
**87 PHOTOGRAPHS BELONGING TO PLAINTIFF COMPARED SIDE BY SIDE WITH**
**THE INFRINGING COPIES ACCESSED FROM DEFCAD.COM**

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |





| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|



USCO Registration Numbers (top to bottom): VA0002418589, VA0002418589, VA0002418589, VA0002418589

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002449526 |
|  |  | VA0002449526 |
|  |  | VA0002449526 |
|  |  | VA0002449526 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002449526 |
| | | VA0002449526 |
| | | VA0002449520 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002449520 |
|  |  | VA0002449520 |
|  |  | VA0002449520 |
|  |  | VA0002449520 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002449545 |
|  |  | VA0002449545 |
|  |  | VA0002449545 |
|  |  | VA0002449545 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002449545 |
|  |  | VA0002449545 |
|  |  | VA0002449545 |
|  |  | VA0002449545 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002449545 |
|  |  | VA0002449545 |
|  |  | VA0002449545 |
|  |  | VA0002449545 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002449545 |