**EXHIBIT C**
**3 TEXTUAL WORKS BELONGING TO PLAINTIFF COMPARED SIDE BY SIDE WITH THE INFRINGING COPIES ACCESSED FROM DEFCAD.COM**

| Sample of Infringing Text Downloaded from Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| Introducing: The Regular 10/22 by YZY Prints and internetpizza<br>Remixed from parts by IvanTheTroll & Laff Dynamics<br><br>NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY OTHER FILES LICENSED FOR COMMERCIAL USE, SUBSCRI[...]<br>COPYRIGHT 2025<br><br>This package is free of charge for download on Odysee.com.<br><br>Please contact yeezyprints@protonmail.com if you have paid money for this package.<br><br>Friends don't let friends use DEFCAD.<br><br>The owner of DEFCAD, Cody Wilson, is a convicted pedophile.<br><br>## Description<br><br>The Regular 10/22 was designed and packaged by YZY Prints & internetpizza in early 2023. It is a design that utilizes OEM Ruger 10/22 parts, a 3D printed receiver, and a 3D printed buttstock.<br><br>The Regular 10/22 was designed out of necessity - there are dozens of tried and true rifle designs that utilize Ruger 10/22 OEM parts, but for the most part they resemble Star Wars set pieces. This package was designed to be a lightweight, sleek and streamlined rifle that is both minimalist and ergonomic while using as few additional parts as possible. With a 15 round mag and a Romeo 5 red dot, the build in the cover photo weighs in under 4 pounds - with an 18" barrel!<br><br>The Regular 10/22 was designed using the LX-22 chassis by Laff Dynamics as a jumping off point, the 10/22 3D Printable Receiver uploaded to TheGatalog by IvanTheTroll, and a custom designed butt stock designed by both YZY Prints and internetpizza. All of Laff's LX-22 parts ecosystem should be compatible with this buttstock.<br><br>As of late Summer 2024, the design has been tested well past 1,000 rounds without any signs of imminent failure.<br><br>## Materials Required<br><br>You will need a set of each below for each [x] you make.<br>1x Ruger 10/22 Rifle Bolt, factory pins + factory buffer pin | Introducing: The Regular 10/22 by YZY Prints and internetpizza<br>Remixed from parts by IvanTheTroll & Laff Dynamics<br><br>NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY OTHER FILES LICENSED FOR COMMERCIAL USE, SU[...]<br>COPYRIGHT 2025<br><br>This package is free of charge for download on Odysee.com.<br><br>Please contact yeezyprints@protonmail.com if you have paid money for this package.<br><br>Friends don't let friends use DEFCAD.<br><br>The owner of DEFCAD, Cody Wilson, is a convicted pedophile.<br><br>## Description<br><br>The Regular 10/22 was designed and packaged by YZY Prints & internetpizza in early 2023. It is a design that utilizes OEM Ruger 10/22 parts, a 3D printed receiver, and a 3D printed buttstock.<br><br>The Regular 10/22 was designed out of necessity - there are dozens of tried and true rifle designs that utilize Ruger 10/22 OEM parts, but for the most part they resemble Star Wars set pieces. This package was designed to be a lightweight, sleek and streamlined rifle that is both minimalist and ergonomic while using as few additional parts as possible. With a 15 round mag and a Romeo 5 red dot, the build in the cover photo weighs in under 4 pounds - with an 18" barrel!<br><br>The Regular 10/22 was designed using the LX-22 chassis by Laff Dynamics as a jumping off point, the 10/22 3D Printable Receiver uploaded to TheGatalog by IvanTheTroll, and a custom designed butt stock designed by both YZY Prints and internetpizza. All of Laff's LX-22 parts ecosystem should be compatible with this buttstock.<br><br>As of late Summer 2024, the design has been tested well past 1,000 rounds without any signs of imminent failure.<br><br>## Materials Required<br><br>You will need a set of each below for each [x] you make.<br>1x Ruger 10/22 Rifle Bolt, factory pins + factory buffer pin | TX0009509692 |

As the above sample shows, the text was exactly copied, including the copyright notice.

| Sample of Infringing Text Downloaded from Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| PAGE \|2<br><br>NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY OTHER FILES LICENSED FOR COMMERCIAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION WHATSOEVER.<br><br>COPYRIGHT 2025<br><br>This package is *free of charge for download on Odysee.com.*<br><br>Please contact yeezyprints@protonmail.com if you have paid money for this package.<br><br>Friends don't let friends use DEFCAD.<br><br>The owner of DEFCAD, Cody Wilson, is a convicted pedophile. | PAGE \|2<br><br>NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY OTHER FILES LICENSED FOR COMMERCIAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION WHATSOEVER.<br><br>COPYRIGHT 2025<br><br>This package is *free of charge for download on Odysee.com.*<br><br>Please contact yeezyprints@protonmail.com if you have paid money for this package.<br><br>Friends don't let friends use DEFCAD.<br><br>The owner of DEFCAD, Cody Wilson, is a convicted pedophile. | TX0009509700 |
| As the above page shows, the text was exactly copied, including the copyright notice. As sampled below, the other pages were also exactly copied. | | |

| Sample of Infringing Text Downloaded from Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| **PAGE |3**<br><br>**INTRODUCTION:**<br><br>**THE REGULAR 10/22** was designed and packaged by YZY Prints & internetpizza in early 2023. It is a design that utilizes OEM Ruger 10/22 parts, a 3D printed receiver, and a 3D printed buttstock.<br><br>**THE REGULAR 10/22** was designed out of necessity – there are dozens of tried and true rifle designs that utilize Ruger 10/22 OEM parts, but for the most part they resemble Star Wars set pieces. This package was designed to be a lightweight, sleek and streamlined rifle that is both minimalist and ergonomic while using as few additional parts as possible. With a 15 round mag and a Romeo 5 red dot, the build in the cover photo weighs in under 4 pounds – with an 18" barrel!<br><br>**THE REGULAR 10/22** was designed using the LX-22 chassis by *Laff Dynamics* as a jumping off point, the 10/22 3D Printable Receiver uploaded to TheGatalog by *IvanTheTroll*, and a custom designed butt stock designed by both *YZY Prints* and *internetpizza*. All of Laff's LX-22 parts ecosystem should be compatible with this buttstock.<br><br>As of Spring 2025, the design has been tested well past 2,000 rounds without any signs of imminent failure. | **PAGE |3**<br><br>**INTRODUCTION:**<br><br>**THE REGULAR 10/22** was designed and packaged by YZY Prints & internetpizza in early 2023. It is a design that utilizes OEM Ruger 10/22 parts, a 3D printed receiver, and a 3D printed buttstock.<br><br>**THE REGULAR 10/22** was designed out of necessity – there are dozens of tried and true rifle designs that utilize Ruger 10/22 OEM parts, but for the most part they resemble Star Wars set pieces. This package was designed to be a lightweight, sleek and streamlined rifle that is both minimalist and ergonomic while using as few additional parts as possible. With a 15 round mag and a Romeo 5 red dot, the build in the cover photo weighs in under 4 pounds – with an 18" barrel!<br><br>**THE REGULAR 10/22** was designed using the LX-22 chassis by *Laff Dynamics* as a jumping off point, the 10/22 3D Printable Receiver uploaded to TheGatalog by *IvanTheTroll*, and a custom designed butt stock designed by both *YZY Prints* and *internetpizza*. All of Laff's LX-22 parts ecosystem should be compatible with this buttstock.<br><br>As of Spring 2025, the design has been tested well past 2,000 rounds without any signs of imminent failure. | TX0009509700 |
| As the above sample page shows, the text was exactly copied. | | |

| Sample of Infringing Text Downloaded from Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| **Theory of the Project**<br><br>One of the greatest utilities in printing guns is the positive mental health benefits of building something yourself. However, at the time of this writing, the economy is kind of fucked up. The amount of affordable DIY projects that had objective utility were severely lacking, most requiring a cash investment of at least $300 to wind up with something worth building.<br><br>Then, I saw how cool and popular takedown ultralight backpacking 22s are, and how truly useful they are. However, most of them are hundreds of dollars, and require an extended manipulation to re-load. Even the old cricket single shot 22s require 3 different manipulations to load and fire.<br><br>While thinking about how to make an affordable 22 takedown backpacker, I remembered the oft-misunderstood nature of open bolt firearms under US law. To be clear: there is nothing in the law specifically forbidding open bolt operation, or even open bolt semiautos. The issue lies where a machinegun's parts and design is used, and an extra part simply keeps it from behaving like a machinegun. Something designed from the ground up as a single-shot, even if it auto-ejects and auto-cocks, if it cannot feed from a magazine, cannot be regulable in this fashion.<br><br>I further realized that going with an open bolt single shot design, if I got a little clever with the fire controls, would solve the frustratingly long reload time present in most backpack 22s, as well as provide multiple points of rim contact, thus making ignition more reliable than traditional 22s.<br><br>The result is the Hitchhiker. A gun you only have to cock once. You pull the bolt back, insert a cartridge (which is retained by the combination disconnector), and squeeze the trigger to shoot. The blowback force will re-cock the bolt, the primary sear holding it open, meaning all you have to do is stick in another cartridge and fire again.<br><br>I hope you will enjoy the simplicity of this design, its ease of use, and the relatively quick firing cycle. | **Theory of the Project**<br><br>One of the greatest utilities in printing guns is the positive mental health benefits of building something yourself. However, at the time of this writing, the economy is kind of fucked up. The amount of affordable DIY projects that had objective utility were severely lacking, most requiring a cash investment of at least $300 to wind up with something worth building.<br><br>Then, I saw how cool and popular takedown ultralight backpacking 22s are, and how truly useful they are. However, most of them are hundreds of dollars, and require an extended manipulation to re-load. Even the old cricket single shot 22s require 3 different manipulations to load and fire.<br><br>While thinking about how to make an affordable 22 takedown backpacker, I remembered the oft-misunderstood nature of open bolt firearms under US law. To be clear: there is nothing in the law specifically forbidding open bolt operation, or even open bolt semiautos. The issue lies where a machinegun's parts and design is used, and an extra part simply keeps it from behaving like a machinegun. Something designed from the ground up as a single-shot, even if it auto-ejects and auto-cocks, if it cannot feed from a magazine, cannot be regulable in this fashion.<br><br>I further realized that going with an open bolt single shot design, if I got a little clever with the fire controls, would solve the frustratingly long reload time present in most backpack 22s, as well as provide multiple points of rim contact, thus making ignition more reliable than traditional 22s.<br><br>The result is the Hitchhiker. A gun you only have to cock once. You pull the bolt back, insert a cartridge (which is retained by the combination disconnector), and squeeze the trigger to shoot. The blowback force will re-cock the bolt, the primary sear holding it open, meaning all you have to do is stick in another cartridge and fire again.<br><br>I hope you will enjoy the simplicity of this design, its ease of use, and the relatively quick firing cycle. | TX0009412695 |
| As the above page shows, the text was exactly copied. All other pages in Plaintiff's registered work were also copied. | | |

| Sample of Infringing Text Downloaded from Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| This document, all photos, and all related files ©2024 Matthew Larosiere NOT LICENSED FOR COMMERCIAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION. IF YOU PAID MONEY TO GET THESE FILES, PLEASE CONTACT THE AUTHOR FOR A REWARD. | This document, all photos, and all related files ©2024 Matthew Larosiere NOT LICENSED FOR COMMERCIAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION. IF YOU PAID MONEY TO GET THESE FILES, PLEASE CONTACT THE AUTHOR FOR A REWARD. | TX0009412695 |
| The copyright notice was also copied. | | |