# **EXHIBIT D**

# **DECLARATION OF MATTHEW LAROSIERE**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:25-cv-2112-CEM-NWH

MATTHEW LAROSIERE,

*Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, DD FOUNDATION LLC, THOMAS CHRISTOPHER ODOM, AND GARRET WALLIMAN

*Defendants*.

_____/

### DECLARATION OF MATTHEW LAROSIERE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT

I, Matthew Larosiere, declare and state as follows:

1. I am the Plaintiff in the above-styled action. I submit this Declaration, which is filed in support of my Motion for Preliminary Injunction. I am personally knowledgeable of the matters set forth in this declaration and, if called upon to do so, I could and would competently testify to the following facts set forth below.

2. I am a firearms industry attorney and author. I engage in the design and development of firearms technologies, and produce pictorial, written, and visual art works related to my work.

3. I am based in Florida, and design and create my work in Florida.

4. I have spent significant time and money creating, acquiring and registering various works, including the photographic and literary works at issue here.

5. I am currently, and at all times relevant hereto have been, the exclusive owner of all works listed in the Complaint, Specifically:

    a. Twenty-four (24) photographic visual art works that depict a firearm known as the "Regular 1022", which have United States Copyright Registration (USCO) registration numbers of VA0002449545, VA0002449526, and VA0002449520.

    b. Two (2) literary works concerning a firearm known as the "Regular 1022", which have USCO registration numbers of TX0009509700 and TX0009509692.

    c. Sixty-three (63) photographic visual art works that depict a firearm known as the "Hitchhiker", which have a USCO registration number of VA0002418589.

    d. A literary work, written documentation concerning a firearm known as the "Hitchhiker", which has a USCO registration number of TX0009412695.

    Collectively, I will refer to the above as "my Copyrighted Works".

6. True and correct copies of my certificates of registration for my Copyrighted Works are attached to this motion as Exhibit A.

7. Defendants do not have, nor have they ever had, the right or authority to use my Copyrighted Works for any purpose.

8. Each of my Copyrighted Works were either created by myself or created by another individual who assigned exclusive rights in those works to me by written agreement.

9. For each suspected infringing work I downloaded or otherwise acquired from Defendants, mentioned below, I closely examined the work and determined it to be an exact reproduction of my Copyrighted Works.
10. The methods I used to determine the works were exact reproductions include:
    a. For photographic works, I compared the work side-by-side with my Copyrighted Works, and could see no difference between them.
    b. For written works, I compared the work word-for-word with my Copyrighted Works, and found them to be word-for-word reproductions.
11. A true and correct reflection of my findings from the above investigation can be seen in Exhibits B and C, attached to this filing.
12. I have reviewed the images and written works seen in exhibits B and C. I declare that the images and written works represented in Exhibits B and C as the registered works are true and correct reproductions of the works deposited with the Copyright Office, because they are the same works I deposited with the Copyright Office.
13. I downloaded copies of the Copyrighted Works listed in Paragraph 5(a) through 5(d) from Defendants' Defcad.com.
14. I have never given permission, license, authorization, or any other such indication to Defendants that would suggest to them that they may copy, sell, make available, or otherwise utilize my works.
15. I have made it extremely clear to Defendants, including by suing them in the First Action, that they do not have permission, license, authorization, or any other such indication that they may copy, sell, make available, or otherwise utilize my works.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of November, 2025, in Orlando, FL.

_____
Matthew Larosiere