UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MATTHEW LAROSIERE,**

    **Plaintiff,**

v.                                                  Case No.:  6:25-cv-2112-CEM-NWH

**CODY RUTLEDGE WILSON,
DEFENSE DISTRIBUTED,
DEFCAD, INC.,  DD
FOUNDATION LLC, THOMAS
CHRISTOPHER ODOM,  and
GARRET WALLIMAN,**

    **Defendants.**

---

### **ORDER**

This cause comes before the Court *sua sponte*. Pursuant to Local Rule 1.07(a)(2)(A), the undersigned hereby orders this case to be **TRANSFERRED** to U.S. Magistrate Judge Leslie Hoffman Price, with her consent, for consideration with Case No. 6:24-cv-1629-AGM-LHP.

**DONE** and **ORDERED** in Orlando, Florida on November 20, 2025.

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record