UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MATTHEW LAROSIERE,**

    **Plaintiff,**

v.                                Case No. 6:25-cv-2112-CEM-NWH

**CODY RUTLEDGE WILSON, DEFENSE DISTRIBUTED, DEFCAD, INC., DD FOUNDATION LLC, THOMAS CHRISTOPHER ODOM, GARRET WALLIMAN,**

    **Defendants,**
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the file. It is

**ORDERED** that this case is transferred to the Honorable Anne-Leigh Gaylord Moe, with her consent, for consideration with Case No. 6:24-cv-1629-AGM-LHP.

**DONE** and **ORDERED** in Orlando, Florida on November 21, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record