**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW LAROSIERE,

       Plaintiff,

v.                                          Case No:    6:25-cv-2112-AGM-LHP

CODY RUTLEDGE WILSON,
DEFENSE DISTRIBUTED, DEFCAD,
INC., DD FOUNDATION LLC,
THOMAS CHRISTOPHER ODOM
and GARRET WALLIMAN,

       Defendants

**ORDER**

    Before the Court is an Unopposed Motion for Special Admission.  Doc. No. 15.  On review, the motion (Doc. No. 15) is **GRANTED**.

    Charles ("Chad") Flores, Esq., may specially appear in this case as counsel for Defendants.  Attorney Flores shall immediately begin using the CM/ECF docket system and begin filing electronically.  Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF."  Once registered for CM/ECF and added as counsel of record in this case, counsel will receive the Notification of Electronic Filing [NEF] on all documents.

The Clerk of Court is directed to mail a copy of this Order to Attorney Flores. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on November 24, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record