IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE,

    Plaintiff,

vs.                              Case No: 6:25-CV-02112

CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE DISTRIBUTED,
DD FOUNDATION LLC,
THOMAS CHRISTOPHER ODOM and
GARRET WALLIMAN

    Defendants.
_____/
_____

**NOTICE OF LIMITED APPEARANCE**
_____

    PLEASE TAKE NOTICE that the undersigned, Amaris C. Gyebi, Esq., and Wilson Elser Moskowitz, Edelman & Dicker, LLP, hereby appears as counsel of record for Defendants, **Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed, DD Foundation LLC, Thomas Christopher Odom** and **Garret Walliman**, for the special limited purpose of filing a motion to dismiss for lack of personal jurisdiction or, in the alternative, to transfer venue, or otherwise respond to Plaintiff, **Matthew Larosiere's** Complaint, *see generally, e.g.,* Doc. 1.

Dated:    December 22, 2025

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of December, 2025 a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will send electronic filing to all counsel of record.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN& DICKER LLP**

By: _s/Amaris C. Gyebi_
Amaris C. Gyebi, Esq.
Florida Bar No: 1019361
2063 Main Street - Suite 100
Sarasota, FL 34237
Telephone: 941-210-5961
Facsimile:  941-210-5979
Amaris.Gyebi@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

*Counsel for Defendants*
*Cody Rutledge Wilson,*
*DEFCAD, Inc.,*
*Defense Distributed,*
*DD Foundation LLC,*
*Thomas Christopher Osom and*
*Garret Walliman*