UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:25-cv-2112-CEM-NWH

MATTHEW LAROSIERE,

*Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, DD FOUNDATION LLC, THOMAS CHRISTOPHER ODOM, AND GARRET WALLIMAN,

*Defendants*.

_____/

## PLAINTIFF MATTHEW LAROSIERE'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' (DOC. 26) MOTION TO DISMISS

Plaintiff Matthew Larosiere, by and through undersigned counsel, respectfully moves this Honorable Court pursuant to Rule 6(b), to grant him 7 additional days, to and including February 17, 2026, to reply to Defendants' motion to dismiss (Doc. 26). Defendants consent to the relief requested.

### ARGUMENT

Plaintiff's response was due contemporaneously with two days of in-court proceedings in parallel litigation. Plaintiff's counsel feels his response needs additional time to properly address the arguments raised by Defendants. Because Defendants graciously consented to the relief requested, no prejudice would follow. This motion is calculated to preserve judicial economy by ensuring Plaintiff's briefing efficiently and clearly presents arguments.

1

## CONCLUSION

In light of the foregoing, Plaintiff respectfully moves this Honorable Court to grant him 7 additional days to file a response to the pending motion to dismiss.

DATED: February 10, 2026

>  /s/ Zachary Z. Zermay
>  Zachary Z. Zermay, Esq.
>  Fla. Bar № 1002905
>  *Zermay Law, P.A.*
>  1200 Fourth Street, #1102
>  Key West, FL 33040
>  Email: zach@zermaylaw.com
>  Telephone: (305) 767-3529
>  *Lead Counsel for Plaintiff Matthew Larosiere*

## Local Rule 3.01(g) Certification

Pursuant to M.D. Fla. R. 3.01(g), I hereby certify that I met and conferred in person with opposing counsel regarding the substance of the foregoing motion, the substance of which was discussed. Defendants consent to the requested relief.

Respectfully submitted,

DATED:  February 10, 2026

>       /s/ Zachary Z. Zermay
> Zachary Z. Zermay, Esq.
> Fla. Bar № 1002905
> *Zermay Law, P.A.*
> 1200 Fourth Street, #1102
> Key West, FL 33040
> Email: zach@zermaylaw.com
> Telephone: (305) 767-3529
> *Lead Counsel for Plaintiff Matthew Larosiere*