UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:25-cv-2112-CEM-NWH

MATTHEW LAROSIERE,

*Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, DD FOUNDATION LLC, THOMAS CHRISTOPHER ODOM, AND GARRET WALLIMAN,

*Defendants*.

_____/

## PLAINTIFF MATTHEW LAROSIERE'S CERTIFICATION OF NO THIRD-PARTY LITIGATION FUNDING

I have reviewed the Standing Order Requiring Disclosure of Third-Party Litigation Funding. After diligent inquiry, I certify that Matthew Larosiere has not received any third-party litigation funding at this time but I understand the continuing duty to supplement imposed by the Standing Order.

DATED: March 16, 2026

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
*Zermay Law, P.A.*
3000 Coral Way, Ste 1115
Coral Gables, FL 33145
Email: zach@zermaylaw.com
Tel: (305) 767-3529
*Lead Counsel for Plaintiff*
*Matthew Larosiere*