IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE,

      Plaintiff,

vs.                                                          Case No:  6:25-CV-02112

CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE DISTRIBUTED,
DD FOUNDATION LLC,
THOMAS CHRISTOPHER ODOM and
GARRET WALLIMAN

      Defendants.

_____/

**DEFENDANTS, CODY RUTLEDE WILSON, DEFCAD, INC., DEFENSE DISTRIBUTED, DD FOUNDATION LLC, THOMAS CHRISTOPHER ODOM AND GARRET WALLIMAN'S VERIFIED DISCLOSURE OF <u>THIRD-PARTY LITIGATION FUNDING</u>**

Defendants, **CODY RUTLEDGE WILSON, DEFCAD, INC., DEFENSE DISTRIBUTED, DD FOUNDATION LLC, THOMAS CHRISTOPHER ODOM and GARRET WALLIMAN ("Defendants")**, by and through undersigned counsel and pursuant to this Court's Order Requiring Disclosure of Third-Party Litigation Funding (Dkt. 33), hereby disclose the following entities that are not a party who have funded or arranged to fund some or all of a party's attorney fees and/or expenses related to this action that is defined under the Order as a "Third-Party Funder":

The entities that may fund legal fees, expenses, and/or judgments are insurers and include: Coalition Insurance Solutions, Inc., with an address of 55 2nd St., Suite 2500, San Francisco, California 94105, who issued a Policy on behalf of the

1

carriers- Arch Specialty Insurance Company, Allianz Underwriters Insurance Company, Ascot Specialty Insurance Company, Fortegra Specialty Insurance Company - to DEFCAD, Inc. These carriers may be liable for all or part of a judgment, expenses, and legal fees in this action up to policy limits of an aggregate of $1,000,000. The same policy is subject to a concurrent claim, *Larosiere v. Wilson et. al*, Case No. 6:24-cv-01629 filed in the United Stated District Court in and for the Middle District of Florida.  Fortegra Specialty Insurance Company's principal offices are at 10751 Deerwood Park Blvd., Suite 200, Jacksonville, FL 32256.   Allianz Underwriters Insurance Company's principal office is at 225 W. Washington Street, Suite 1800, Chicago, IL 60606. Arch Specialty Insurance Company has an address of 2345 Grand Blvd., Suite 900, Kansas City, MO 64108. Ascot Specialty Insurance Company has an address of 55 West 46th Street, 26th Floor, New York 001136.

No approval is required for litigation decisions. If there is a settlement, any amounts payable up to policy limits must be approved for payment by the carriers until the policy limits have been exhausted. Based on current information, no foreign government funding is provided to the insurer.

### VERIFICATION

Under penalty of perjury, the undersigned swears the foregoing answers/responses are true and correct to the best of my knowledge.

s/Leia V. Leitner
By:   Leia V. Leitner

Dated: March 18, 2026

2

331927438v.1

Respectfully submitted,
**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**

By:   *s/Leia V. Leitner*
          Leia V. Leitner
          Florida Bar No:  105621
          111 North Orange Avenue
          Suite 1200
          Orlando,  FL  32801
          Telephone:          407-423-7287
          Facsimile:  407-648-1376
          Leia.Leitner@wilsonelser.com
          Cheryl.Kujawski@wilsonelser.com

          Jura C. Zibas
          Florida Bar No:  124571
          Amaris C. Gyebi, Esq.
          Florida Bar No:  1019361
          2063 Main Street - Suite 100
          Sarasota, FL 34237
          Telephone:941-866-8561
          Facsimile:  941-210-5979
          Jura.Zibas@wilsonelser.com
          Amaris.Gyebi@wilsonelser.com
          Cheryl.Kujawski@wilsonelser.com

          *Counsel for Defendants*
          *Cody Rutledge Wilson, DEFCAD, Inc.,*
          *and Defense Distributed*

3

331927438v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th of March, 2026 a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the  CM/ECF E-Filing Portal, which will serve an electronic copy of the foregoing on the following:  Zachary Z. Zermay, Esq., Florida Bar No:  1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040;     Telephone:         305-767-3529;     [Zach@Zermaylaw.com](mailto:Zach@Zermaylaw.com)     and [info@Zermaylaw.com;](mailto:info@Zermaylaw.com) Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas  77002, Telephone: 713-364-6440, [CF@ChadFlores.law;](mailto:CF@ChadFlores.law) [chad-flores-7646@ecf.pacerpro.com](mailto:chad-flores-7646@ecf.pacerpro.com)     and [service@chadflores.law](mailto:service@chadflores.law).

*s/Leia V. Leitner*
Leia V. Leitner

4

331927438v.1