## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:25-CV-2112-CEM-NWH

Plaintiff:
**MATTHEW LAROSIERE**

vs.

Defendant:
**CODY RUTLEDGE WILSON, DEFCAD, Inc.,
DEFENSE DISTRIBUTED, DD
FOUNDATION LLC, THOMAS
CHRISTOPHER ODOM, AND GARRET WALLIMAN**

For:
Zachary Z. Zermay, Esq.

Received by Mike Barberio on the 16th day of March, 2026 at 12:59 pm to be served on **CODY RUTLEDGE WILSON, 2063 MAIN ST, SUITE 100, SARASOTA, FL 34237**.

I, Mike Barberio, do hereby affirm that on the **17th day of March, 2026** at **9:00 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **CODY RUTLEDGE WILSON** at the address of: **2063 MAIN ST, SUITE 100, SARASOTA, FL 34237**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under Penalties of Perjury, I Declare I have Read the Foregoing Document and the Facts Stated in it are True. No Notary is Required Pursuant to Florida State Statute 92.525(2)

_Mike Barberio_

**Mike Barberio**
CPS# 328

**Heritage Process Services, Inc.**
**3807 Belmont Blvd.**
**Sarasota, FL 34232**
**(941) 780-1063**

Our Job Serial Number: HTG-2026004293

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

| DELIVERED | 3/17/2026 9:00 AM |
| SERVER | MB |
| LICENSE | CPS# 328 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

|   |   |   |
|---|---|---|
| Matthew Larosiere | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| | ) | Civil Action No.  6:25-cv-2112 -CEM-NWH |
| v. | ) | |
| | ) | |
| CODY RUTLEDGE WILSON, DEFCAD, Inc., | ) | |
| DEFENSE DISTRIBUTED, DD FOUNDATION LLC, | ) | |
| THOMAS ODOM, AND GARRET WALLIMAN | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Cody Rutledge Wilson
2320 DONLEY DR STE C, AUSTIN, TX 78758-4514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Zachary Z. Zermay, Esq.
Zermay Law, P.A.
3000 Coral Way Ste 1115
Coral Gables, FL 33145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

ErinLAutry

Date:  November 12, 2025

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-2112 -CEM-NWH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |