IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE,

       Plaintiff,

vs.                                                                Case No: 6:25-CV-02112

CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE DISTRIBUTED,
DD FOUNDATION LLC,
THOMAS CHRISTOPHER ODOM and
GARRET WALLIMAN

       Defendants.

_____/

---

### JOINT NOTICE OF SETTLEMENT

Plaintiff, **MATTHEW LAROSIERE**, Defendants, **CODY RUTLEDGE WILSON, DEFCAD, INC., DEFENSE DISTRIBUTED, DD FOUNDATION LLC, THOMAS CHRISTOPHER ODOM** and **GARRET WALLIMAN**, (collectively referred to as the "Parties"), hereby respectfully provide this notice to the Court that the Parties have reached a settlement with respect to all matters in controversy between them. Once a formal settlement agreement has been executed and any consideration is paid in full, the Parties will file a stipulation of dismissal with prejudice with the Court.

Dated: March 30, 2026

**Zermay Law, P.A.**

s/ *Zachary Z. Zermay*
Zachary Z. Zermay, Esq.
Florida Bar No: 1002905
1200 Fourth Street, #1102
Key West, Florida 33040
Telephone: 305-767-3529
Zach@Zermaylaw.com
info@zermaylaw.com

*Counsel for Plaintiff*

**Wilson Elser Moskowitz
Edelman & Dicker LLP**

By:    s/ *Leia V. Leitner*
Leia V. Leitner, Esq.
Florida Bar No: 105621
111 North Orange Avenue
Suite 1200
Orlando, Florida 32801
Telephone: 407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

Jura C. Zibas, Esq.
Florida Bar No: 124571
Amaris C. Gyebi, Esq.
Florida Bar No: 1019361
2063 Main Street - Suite 100
Sarasota, Florida 34237
Telephone: 941-866-8561
Facsimile: 941-210-5979
Jura.Zibas@wilsonelser.com
Amaris C. Gyebi, Esq.
Cheryl.Kujawski@wilsonelser.com

*Co-Counsel for Defendants*
*Cody Rutledge Wilson*
*DEFCAD, Inc. and*
*Defense Distributed*

-    *AND* -

By:    s/ *Charles (Chad) Flores*
Charles (Chad) Flores, Esq.
917 Franklin Street - Suite 600
Houston, Texas 77002
Telephone: 713-364-6440
CF@ChadFlores.law
chad-flores-
7646@ecf.pacerpro.com
service@chadflores.law

2

*Counsel for Defendants*
*Cody Rutledge Wilson,*
*DEFCAD, Inc.,*
*Defense Distributed and*
*Dioskouroi LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of March 2026 a true and correct copy of the foregoing document has been served by email to the following:  Zachary Z. Zermay, Esq., Florida Bar No:  1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida  33040; Telephone:  305-767-3529; Zach@Zermaylaw.com  and  info@Zermaylaw.com;  Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Defendants, Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas  77002, Telephone:        713-364-6440,      CF@ChadFlores.law;        chad-flores-7646@ecf.pacerpro.com  and service@chadflores.law.

s/Leia V. Leitner
Leia V. Leitner