**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

6:25-cv-2112

MATTHEW LAROSIERE,

**PLAINTIFF(S)**

V.

CODY RUTLEDGE WILSON, DEFCAD, Inc.,
DEFENSE DISTRIBUTED, DD FOUNDATION
LLC, THOMAS CHRISTOPHER ODOM, AND
GARRET WALLIMAN,

**DEFENDANT(S)**
_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on March 27, 2026. The conference resulted in the following:

   ✓ The parties reached an agreement.
_____ The parties did not reach an agreement.
_____ The conference has been adjourned.
_____ Other

Dated: March 27, 2026

Respectfully submitted,
**Donna Doyle, Mediator**

Mediator # 5696R

200 E. Robinson Street, Suite 700
Orlando, Florida 32801
Business Phone: 407-649-9495
Fax: 407-649-8698
Email: admin@mediatefirstinc.com
Website: www.mediatefirstinc.com
By: /s/ **Donna C. Doyle**

Florida Bar No. **371432**