AO 121 (Rev. 06/16)

| TO:  Register of Copyrights  U.S. Copyright Office  101 Independence Ave. S.E.  Washington, D.C. 20559-6000 | REPORT ON THE  FILING OR DETERMINATION OF AN  ACTION OR APPEAL  REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION    [ ] APPEAL | COURT NAME AND LOCATION  USDC Middle Distrcit of Florida |
|---|---|
| DOCKET NO.  6:25-cv-2112-AGM-LHP | DATE FILED  November 5, 2025 | 401 W. Central Blvd.  Orlando, FL 32801 |

| PLAINTIFF  MATTHEW LAROSIERE | DEFENDANT  CODY RUTLEDGE WILSON, ET AL |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY  [ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED  [X] Order    [ ] Judgment | WRITTEN OPINION ATTACHED  [ ] Yes    [ ] No | DATE RENDERED  March 31, 2026 |
|---|---|---|

| CLERK  ELIZABETH M. WARREN | (BY) DEPUTY CLERK  Marisol Norris | DATE  March 31, 2026 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Charles (Chad) Flores (chad-flores-7646@ecf.pacerpro.com,
chad@chadflores.law, service@chadflores.law), Amaris Lilly-Joy Chris Gyebi
(amaris.gyebi@wilsonelser.com, amarisgyebi@yahoo.com, cheryl.kujawski@wilsonelser.com), Leia
Villasenor Leitner (leia.leitner@wilsonelser.com, leiavleitner@gmail.com), Zachary Z. Zermay
(zach@zermaylaw.com), Jura Christine Zibas (cheryl.kujawski@wilsonelser.com,
jura.zibas@wilsonelser.com), Magistrate Judge Leslie Hoffman Price
(chambers_flmd_hoffman@flmd.uscourts.gov), Judge Anne-Leigh Gaylord Moe
(chambers_flmd_moe@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<26985535@flmd.uscourts.gov>
Subject:Activity in Case 6:25-cv-02112-AGM-LHP Larosiere v. Wilson et al Order
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 3/31/2026 at 12:19 PM EDT and filed on 3/31/2026

**Case Name:** Larosiere v. Wilson et al

**Case Number:** 6:25-cv-02112-AGM-LHP

**Filer:**

**Document Number:** 39(No document attached)

**Docket Text:**
ENDORSED ORDER dismissing the case with prejudice and without costs, pursuant to Local Rule 3.09(b) of the Middle District of Florida. The Court, having been advised by the [37] Joint Notice of Settlement that the case has been settled in its entirety, dismisses the case subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate any pending motions and close this case. Signed by Judge Anne-Leigh Gaylord Moe on 3/31/2026. (TAH)

**6:25-cv-02112-AGM-LHP Notice has been electronically mailed to:**

Leia Villasenor Leitner     Leia.Leitner@wilsonelser.com, leiavleitner@gmail.com

Jura Christine Zibas     jura.zibas@wilsonelser.com, cheryl.kujawski@wilsonelser.com

Amaris Lilly-Joy Chris Gyebi     amaris.gyebi@wilsonelser.com, Cheryl.Kujawski@wilsonelser.com, amarisgyebi@yahoo.com

Zachary Z. Zermay     zach@zermaylaw.com

Charles (Chad) Flores     chad@chadflores.law, chad-flores-7646@ecf.pacerpro.com, service@chadflores.law

**6:25-cv-02112-AGM-LHP Notice has been delivered by other means to:**